UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HARDY STAMPLEY, as Special Administrator of the Estate of LINNIE STAMPLEY, Deceased,<br><br>                      Plaintiff,<br><br>                v.<br><br>TUNJI, LADIPO, M.D., *et al.*,<br><br>                      Defendants. | FILED STAMP: APRIL 6, 2009<br>09CV2146<br>JUDGE SHADUR<br>MAG. JUDGE BROWN<br>J. N.<br><br>Formerly case No. 2008 L-006204,<br>Circuit Court of Cook County, Illinois |

**NOTICE OF REMOVAL OF A CIVIL ACTION AND
SUBSTITUTION OF THE UNITED STATES AS DEFENDANT**

To:    Clerk of the Court                           Alan C. Hoffman
         Circuit Court of Cook County          Alan C. Hoffman & Associates
         Richard J. Daley Center, Room 801   180 North LaSalle Street
         50 West Washington Street             Suite 3112
         Chicago, Illinois 60602                  Chicago, Illinois 60601

         Mary Kay Scott, Esq.                  Mary Jo Connelly, Esq.
         Brenner Ford & Monroe Ltd.           Lebow, Malecki & Tasch, LLC
         33 North Dearborn Street              230 West Superior
         Suite 300                                    Suite 500
         Chicago, Illinois 60602                  Chicago, Illinois 60654

         Sammi L. Renken, Esq.                P. Mathew Glavin
         Martha C. Szatkowski, Esq.           Glavin & Associates, Ltd.
         Johnson & Bell, Ltd.                     180 North LaSalle Street
         33 West Monroe Street, Suite 2700  Suite 2002
         Chicago, Illinois 60603                  Chicago, Illinois 60601

     The United States, by its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, submits this notice of removal of the above-captioned civil action from the Circuit Court of Cook County, Illinois, to the United States District Court, Northern District of

Illinois, pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2679, and 42 U.S.C. § 233, and in support thereof states the following:

1. On June 6, 2008, plaintiff Hardy Stampley, Special Administrator of the Estate of Linnie Stampley, Deceased, commenced the above civil action against Theodore James, M.D., Access Community Health, and others, alleging medical malpractice. A copy of the state court complaint is attached as Exhibit A.

2. Pursuant to the provisions of 42 U.S.C. § 233(c), the Attorney General, by and through his duly authorized designee, has found and certified that for purposes of this case, Theodore James, M.D. and Access Community Health are federal employees who were acting within the scope of their employment with respect to the incidents referred to in the complaint. *See* Certification attached as Exhibit B.

3. Notice of removal may be filed without bond at any time before trial. Trial has not yet been had in this action.

4. Pursuant to the certification by the Attorney General's designee and the filing of this notice of removal, under 28 U.S.C. § 2679, this civil action is deemed an action against the United States and the United States is substituted as the sole federal party defendant in place of defendants Theodore James, M.D and Access Community Health.

WHEREFORE, this action now pending in the Circuit Court of Cook County, Illinois is properly removed to this court pursuant to 28 U.S.C. § 2679(d) and 42 U.S.C. § 233, and the United States is substituted as the defendant in lieu of Theodore James, M.D and Access Community Health.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Patrick W. Johnson
    PATRICK W. JOHNSON
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5327
    patrick.johnson2@usdoj.gov

## CERTIFICATE OF SERVICE

       The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**NOTICE OF REMOVAL OF A CIVIL ACTION AND SUBSTITUTION OF THE UNITED STATES AS DEFENDANT**

was served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on April 6, 2009, to the following non-ECF filers:

| | |
|---|---|
| Alan C. Hoffman<br>Alan C. Hoffman & Associates<br>180 North LaSalle Street<br>Suite 3112<br>Chicago, Illinois 60601 | Clerk of the Court<br>Circuit Court of Cook County<br>Richard J. Daley Center, Room 801<br>50 West Washington Street<br>Chicago, Illinois 60602 |
| Mary Kay Scott, Esq.<br>Brenner Ford & Monroe Ltd.<br>33 North Dearborn Street<br>Suite 300<br>Chicago, IL 60602 | Mary Jo Connelly, Esq.<br>Lebow, Malecki & Tasch, LLC<br>230 West Superior<br>Suite 500<br>Chicago, Illinois 60654 |
| Sammi L. Renken, Esq.<br>Martha C. Szatkowski, Esq.<br>Johnson & Bell, Ltd.<br>33 West Monroe Street, Suite 2700<br>Chicago, IL 60603 | P. Mathew Glavin<br>Glavin & Associates, Ltd.<br>180 North LaSalle Street<br>Suite 2002<br>Chicago, Illinois 60601 |

      /s Patrick W. Johnson
      PATRICK W. JOHNSON
      Assistant United States Attorney
      219 South Dearborn Street
      Chicago, Illinois 60604
      (312) 353-5327